No. 84–6738.  SHAHRYAR *v.* MARTIN, WARDEN, 472 U. S. 1031.  Motion for leave to file petition for rehearing denied.

OCTOBER 18, 1985

No. 85–304.  CURTIS *v.* DOUBLEDAY & CO., INC.  C. A. 2d Cir.  Certiorari dismissed under this Court's Rule 53.